of Appeals' unpublished opinion* cannot be squared with our harmless-error precedents, I would vacate the judgment and direct the Court of Appeals to review the sentence under the proper standard.

No. 91–151. TEXAS v. SLOAN. Ct. App. Tex., 12th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–448. WILLNER v. BARR, ACTING ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 91–475. METROPOLITAN LIFE INSURANCE CO. v. CARLAND. C. A. 10th Cir. Motion of American Council of Life Insurance for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 91–5467. JENKINS v. DUGGER ET AL., *ante*, p. 943. Petition for rehearing denied.

No. 90–8304. ARGENTINA v. UNITED STATES DEPARTMENT OF JUSTICE ET AL., *ante*, p. 843;

No. 91–109. CLAY v. METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, *ante*, p. 861;

No. 91–150. LOCKHART v. KENOPS, FOREST SUPERVISOR, BLACK HILLS NATIONAL FOREST, UNITED STATES FOREST SERVICE, ET AL., *ante*, p. 863;

No. 91–5108. STREET v. JABE, WARDEN, *ante*, p. 875;

No. 91–5329. MALACOW v. CONSOLIDATED RAIL CORPORATION, *ante*, p. 887;

No. 91–5578. HOUSEL v. ZANT, WARDEN, *ante*, p. 915;

No. 91–5651. CROW v. UPJOHN CO. ET AL., *ante*, p. 916; and

No. 91–5756. BORCHERS v. UNITED STATES (two cases), *ante*, p. 928. Petitions for rehearing denied. JUSTICE THOMAS took no part in the consideration or decision of these petitions.

---

*The fact that the Court of Appeals' opinion is unpublished is irrelevant. Nonpublication must not be a convenient means to prevent review. An unpublished opinion may have a lingering effect in the Circuit and surely is as important to the parties concerned as is a published opinion.